**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01937-CMA-CBS

KENNETH R. FISH,

    Plaintiff,

v.

GMAC MORTGAGE, LLC, a Delaware limited liability company,
HOMECOMINGS FINANCIAL LLC, a Delaware limited liability company, and
CASTLE MEINHOLD & STAWIARSKI, LLC, a Colorado limited liability company,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 29) signed by the attorneys for the parties hereto, it is

ORDERED that this case is hereby DISMISSED WITH PREJUDICE, all issues being resolved between them, including attorney's fees and costs, in accordance with the parties' executed Settlement and Release Agreement.

DATED at Denver, Colorado, this  27th  day of April, 2011.

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge